UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT JOSEPH LUMPKIN,<br><br>Plaintiff,<br><br>v.<br><br>TOXIC WATER SETTLEMENT et al.,<br><br>Defendant. | CASE NO. 2:23-cv-00648-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiff's Motion to Dismiss. Dkt. # 5. Plaintiff is pro se. The motion states, "Come now plaintiff asking the Court to dismiss stated case due to the fact I don't have time to process." *Id*. The Court construes the motion as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court GRANTS the motion and DISMISSES this matter without prejudice.

Dated this 8th day of May, 2023.

John H. Chun
United States District Judge

ORDER - 1