UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT JOSEPH LUMPKIN,<br><br>Plaintiff,<br><br>v.<br><br>TOXIC WATER SETTLEMENT et al.,<br><br>Defendant. | CASE NO. 2:23-cv-00648-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiff's Motion for Leave to Proceed In Forma Pauperis. Dkt. # 9. The Court STRIKES the motion. The Court dismissed this case on May 8, 2023, pursuant to Plaintiff's Motion to Dismiss. *See* Dkts. ## 5, 6. If Plaintiff wishes to proceed against Defendant, he may either move to reopen his case or file a new action.

Dated this 26th day of May, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 1